`UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 2:16-cr-26
                                              HON. JANET T. NEFF

DERRICK SCOTT JONES,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 21, 2017, for an initial pretrial conference and bond violation.

The government moved for detention but not for a determination on the bond violation..

For reasons stated on the record defendant shall be detained pending further proceedings and defense counsel can request a hearing from the Courtroom Deputy.

IT IS SO ORDERED.

                                                              /s/ Timothy P. Greeley
                                                              TIMOTHY P. GREELEY
                                                              UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2017